IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADRIAN KEVIN CAMPBELL**                                                      **PLAINTIFF**

V.                           CASE NO. 2:25-cv-00122 JM

**DEPARTMENT OF HOMELAND SECURITY**
**and U.S. CITIZENSHIP AND IMMIGRATION**
**SERVICES**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE